JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                   **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  ATF

**City**    Framingham              **Related Case Information:**

**County**  Middlesex              Superseding Ind./ Inf. _____ Case No. _____
                                  Same Defendant _____ New Defendant _____
                                  Magistrate Judge Case Number _____
                                  Search Warrant Case Number _____
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Edwin Alago                              Juvenile:   ☐ Yes   ☐ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☐ No

Alias Name _____

Address   (City & State)   Framingham, Massachusetts

Birth date (Yr only): 1980   SSN (last4#): _____   Sex  M    Race: White    Nationality: _____

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Meghan Cleary                 Bar Number if applicable _____

**Interpreter:**   ☐ Yes   ☑ No    List language and/or dialect: _____

**Victims:**   ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes   ☒ No

☑ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☑ Already in State Custody at  Billerica HOC    ☐ Serving Sentence    ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  06/01/2023          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Edwin Alago

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 922(g)(1) | Felon in possession of firearm | 1 |
| Set 2 | 18 USC 922(g)(1) | Felon in possession of firearm | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____